**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**S. P.,**

**Plaintiff,**

**v.**

**CENTRAL OHIO UROLOGY GROUP, LLC,**

**Defendants.**

**Civil Action 2:26-cv-1187**
**Judge Douglas R. Cole**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion for Stay of Deadline to Oppose Motion to Dismiss (ECF No. 8). For good cause shown, the Motion is **GRANTED**. Plaintiff's deadline to respond to Defendant's Motion to Dismiss (ECF No. 4) is **STAYED** until the Court issues a ruling on Plaintiff's forthcoming motion for remand.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE