**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**S. P.,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-1187**
**Judge Douglas R. Cole**
**Magistrate Judge Chelsey M. Vascura**

**CENTRAL OHIO UROLOGY GROUP, LLC, *et al.*,**

**Defendant.**

**ORDER**

This matter is before the Court on the parties' Rule 26(f) Report (ECF No. 10), in which the parties jointly request that the Court largely defer entry of a case schedule pending resolution of Plaintiff's forthcoming Motion for Remand.

For good cause shown, the parties' request is **GRANTED**. The Preliminary Pretrial Conference currently scheduled for October 26, 2026, is **VACATED**. Plaintiff shall file her Motion for Remand on or before **October 21, 2026**. The parties shall exchange initial disclosures on or before **November 20, 2026**. All other discovery is **STAYED** pending the Court's resolution of Plaintiff's forthcoming Motion for Remand. The parties shall file a revised joint Rule 26(f) report **WITHIN THIRTY DAYS** of the Court's resolution of Plaintiff's Motion for Remand, which will prompt the Court to reschedule the Preliminary Pretrial Conference if necessary.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE